# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ALVARO BLADIMIR ORTIZ VENTURA; RENE BALMORE CASTRO CARTAGENA; OLGER ZOTO,** *Petitioners,* <br><br> v. <br><br> **KRISTI NOEM; PAMELA BONDI, TODD M. LYONS; JEFFREY CRAWFORD; WARDEN, CAROLINE DETENTION CENTER, and LIANA CASTANO,** <br> ***Respondents*** | Case No.   1:25-cv-1429-MSN-WBP <br><br> **STIPULATION OF PARTIAL DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

On September 2, 2025, Petitioners Alvaro Bladimir Ortiz Ventura ("Mr. Ortiz"), Rene Balmore Castro Cartagena ("Mr. Castro"), and Older Zoto ("Mr. Zoto") filed an amended petition for a writ of habeas corpus. ECF Doc. 4. In light of the immigration judge's September 11, 2025 finding that Mr. Zoto had been admitted to the United States and was thus not inadmissible as initially charged, on September 17, 2025, the Department of Homeland Security withdrew both the automatic stay and appeal of the immigration judge's grant of bond for Mr. Zoto. On September 18, 2025, Mr. Zoto was released from immigration custody on the bond ordered by the immigration judge.

Accordingly, Mr. Zoto's claims are now moot. The parties stipulate to dismissing Mr. Zoto as a petitioner under Fed. R. Civ. P. 41(a)(1)(A)(ii). The case, however, should proceed as to Mr. Castro and Mr. Ortiz.

Dated: September 22, 2025

Respectfully submitted,

/s/ Eileen Blessinger
EILEEN P. BLESSINGER
VSB 81874
Blessinger Legal, PLLC
7389 Lee Highway, Suite 320
Falls Church, VA 22042
Tel: (703) 738-4248
Email: eileen@blessingerlegal.com

/s/Jessica Dawgert
JESSICA DAWGERT
NYB 4473880
Blessinger Legal, PLLC
7389 Lee Highway, Suite 320
Falls Church, VA 22042
Tel: (703) 738-4248
Email: jdawgert@blessingerlegal.com
Pro Hac Vice Counsel

Counsel for Petitioners

MARY M. CLEARY
ACTING UNITED STATES ATTORNEY

/s/ Christian Cooper
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3831
Fax:   (703) 299-3983
Email: Christian.Cooper@usdoj.gov

Counsel for Federal Respondents

So ORDERED.

Entered this 22nd day of September 2025.

Alexandria, Virginia

William B. Porter
United States Magistrate Judge